**Dismissed and Opinion Filed February 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01395-CV

**AT&T INC. AND SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS, Appellants**

**V.**

**ANDREA CHRISTIAN AND AMBER HICKS, Appellees**

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-08124

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Seeking to appeal the trial court's denial of their rule 91a motion to dismiss a baseless claim, appellants have filed a petition for permissive interlocutory appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2017); Tex. R. App. P. 28.3, 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171395F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AT&T INC. AND SOUTHWESTERN
BELL TELEPHONE COMPANY D/B/A
AT&T TEXAS, Appellants

No. 05-17-01395-CV          V.

ANDREA CHRISTIAN AND AMBER
HICKS, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-08124.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellees ANDREA CHRISTIAN AND AMBER HICKS recover their costs of this appeal from appellants AT&T INC. AND SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS.

Judgment entered February 9, 2018